

Robert A. DePiano
State Bar Number 89341
187 Calle Magdalena, Suite 114
Encinitas, CA 92024
(760) 632-2636
(760) 632-2682 fax
depianolaw@roadrunner.com

Attorney for Plaintiff,
Liberty Media Holdings, LLC

> **FILED**
>
> OCT 1 4 2009
>
> CLERK, U.S. DISTRICT COURT
> SOUTHERN DISTRICT OF CALIFORNIA
> BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

LIBERTY MEDIA HOLDINGS, LLC

Plaintiff,

vs.

DAVID TRICE, John Doe 1, and
Does 2-50

Defendants

Case No. **'09 CV 2 2 8 4 W    POR**

**COMPLAINT**

(1) **COPYRIGHT INFRINGEMENT**
(2) **TRADEMARK INFRINGEMENT**
(3) **INJUNCTIVE RELIEF**

## **INTRODUCTION**

1.     The Plaintiff, Liberty Media Holdings, LLC ("LMH") produces high quality adult entertainment films, which are distributed throughout the world on DVDs and over the Internet on a website where its members pay a monthly fee for authorized access to LMH's works.   The Defendant, David Trice ("TRICE") purchased a monthly membership to LMH's website, used that membership to download the Plaintiff's movies, and now he manufactures DVDs of those movies and then sells those DVDs to the public.

2.     TRICE's actions are a clear violation of the Plaintiff's copyrights as protected by Title 17 of the U.S. Code; and, since the counterfeit DVDs bear the Plaintiff's federally-protected trademark and are sold under that trademark, the



defendant's actions are a violation of the Plaintiff's trademark rights as protected by the Lanham Act.

3.      The Defendant's actions were willful in nature, entitling the Plaintiff to enhanced damages.  The Plaintiff seeks statutory damages, actual damages, an award of its attorneys' fees and costs of suit, as well as injunctive relief putting an end to Mr. Trice's criminal activity.

## THE PARTIES
### The Plaintiff, Liberty Media Holdings, LLC

4.      Liberty Media Holdings, LLC (LMH) is a California corporation doing business as CORBIN FISHER®, with a mailing address of 302 Washington Street, Suite 321 San Diego, CA 92103.

5.      LMH produces, markets, and distributes works of original creative expression including Internet web content, DVDs, and photographs of an erotic nature.  LMH's website has "free tour" areas where G-Rated photographs may be viewed, but its more explicit erotic works are only available to individuals who pay a monthly subscription fee or who purchase a DVD from LMH.

6.      LMH prohibits persons who are under the age of 18 from accessing the more explicit areas of its website, and does not sell its DVDs to minors.

### Defendant TRICE

7.      LMH is informed and believes, and on that basis alleges that DAVID TRICE is an individual who resides at 5624 Phoenix Drive, The Colony, Texas 75056.

8.      Defendant TRICE is a senior financial analyst based in the Dallas area who also does business under the name "Make My DVD," and uses the eBay account "adt4229".

9.      Under these names, TRICE manufactures and sells bootleg CORBIN FISHER® DVDs, which is the underlying conduct leading to this lawsuit.

10.   Although LMH takes steps to keep its materials out of the hands of minors, TRICE took no such protective steps.   Thus potentially circumventing LMH's strong "no minors" policy.

### Defendant Doe 1

11.   The true name of Defendant sued herein as Doe 1 is unknown to Plaintiff, which sues said Defendant by such fictitious name.   When, and if, Doe 1's identity is discovered, the Plaintiff will seek leave of this Court to amend this Complaint to include Doe 1's actual name.

12.   Plaintiff is informed and believes, and on that basis alleges, that Doe 1 is a natural person who acts in conjunction with Defendant TRICE, and should also be subject to the relief requested herein, jointly and severally, along with TRICE as if Doe 1 had also committed all off TRICE's acts along with him.

### Does 2-50

13.   The true names and capacities, whether individual, corporate, associate, or otherwise of the Defendants sued herein as Does 2-50 are unknown to Plaintiff, which sues said Defendants by such fictitious names.   If necessary, Plaintiff will seek leave of this Court to amend this Complaint to state these defendants' true names and capacities.

14.   Plaintiff is informed and believes, and on that basis alleges, that these Doe defendants should also be subject to the relief requested herein.

15.   Does 2-50 intentionally induced Defendant TRICE into committing the acts complained of herein, and are accordingly contributorily liable for Defendant TRICE's infringement.

16.   Plaintiff is informed, and believes, and on that basis alleges, that these Doe Defendants are in possession of the counterfeit goods produced by Defendant TRICE and should be ordered to forfeit such goods to the Plaintiff for destruction, and if they have in turn duplicated the goods, publicly displayed them, or have

otherwise also infringed upon the Plaintiff's rights, that they should be held responsible for these legal wrongs as well.

## JURISDICTION AND VENUE

17.    This Court has subject matter jurisdiction pursuant to the Copyright Act, (17 U.S.C. §§ 101 et seq.), the Lanham Act, 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

18.    This Court has personal jurisdiction over the Defendant, who has engaged in business activities in and directed to this district, and has committed a tortious act within this district.

19.    Defendant TRICE has solicited business from California residents, has transacted business with California residents, and has committed unlawful and tortious acts outside of California, which were expressly aimed at California residents, which he knew would cause economic injury in California, and which did, in fact, cause economic injury in California.

20.    Plaintiff's claims arise out of this very conduct, which is expressly aimed at California.

21.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391, as a substantial part of the events or omissions giving rise to the claims pleaded herein occurred in this district.

## FACTS COMMON TO ALL CLAIMS

22.    Defendant TRICE joined the CORBIN FISHER® website three times.

23.    Each time, Defendant TRICE downloaded CORBIN FISHER® videos and stored them on his hard drive or other storage device(s).

24.    Defendant TRICE placed advertisements on eBay stating that he would, for a fee, join the CORBIN FISHER® website on his customer's behalf, download videos at his customer's request, and then transfer these videos to a DVD for the customer. In describing his operation in this manner, Defendant TRICE attempted to make it seem as if he were joining the CORBIN FISHER® website on a one

4

COMPLAINT

membership for every one eBay sale ratio, and not merely purchasing a single membership and then creating dozens of pirated DVDs.

25. Defendant TRICE has sold far more DVDs than he has purchased CORBIN FISHER® memberships.

26. Even if Defendant TRICE had joined CORBIN FISHER® on a 1:1 ratio, as he described in his eBay advertisement, this would still be a violation of LMH's copyrights and trademark rights, and was a clear violation of the user terms and conditions, which TRICE agreed to when accessing the CORBIN FISHER® website.

27. While Defendant TRICE's subterfuge does not excuse his violations of LMH's rights, it does demonstrate that Defendant TRICE is aware that LMH's works are protected by copyright and trademark law and demonstrates that Defendant TRICE is aware that unauthorized duplication and distribution of LMH's works is illegal.

28. Even if Defendant TRICE was unaware of this, and believed that his duplication and distribution of LMH's works was, somehow, authorized under the law if he merely joined CORBIN FISHER® on behalf of a customer and provided that customer with DVDs of the content downloaded on that customer's account, TRICE did not pay a membership fee for every one of his customers.

29. Accordingly, even if Defendant TRICE's 1:1 "DVD transfer service" were legal, TRICE himself does not actually do what his ad says he does.  It is mere subterfuge to attempt to hide Defendant TRICE's willful and blatant copyright and trademark infringement.

30. Defendant TRICE has sold pirated content in this manner to multiple parties, as evidenced by his eBay feedback page.  See Exhibit A.

31. Each of the audiovisual works at issue in this action is of high production value and is easily discernable as a professionally produced work.

32.     Each of the audiovisual works at issue in this action are registered, by the Plaintiff, with the United States Copyright Office, or has an application for registration pending. A list of names and registration numbers followed by true and correct copies of the registration certificates or applications for all works known, for a fact, to have been infringed upon by Defendant TRICE are attached hereto as Exhibit B.

33.     Defendant TRICE purchased a subscription to Plaintiff's website on 3 separate occasions.

34.     Defendant TRICE knew that the infringed upon works belonged to the Plaintiff.

35.     Each of the Plaintiff's works is marked with the Plaintiff's trademark, CORBIN FISHER®, a copyright notice, a warning that unauthorized copying is illegal and will be prosecuted, and a statement regarding age verification records as required by 18 U.S.C. § 2257.

36.     Defendant TRICE knew or should have known that the Plaintiff is based in San Diego, California, and that infringement of its works was likely to cause economic harm in California.

37.     One of Plaintiff's employees found Defendant TRICE's advertisement on eBay and documented the existence of the advertisement, ordered DVDs from the Defendant, and paid for this order with a credit card via PayPal. See Exhibit C, Declaration of Aaron Anderson at ¶ 2 and ¶ 3.

38.     This same employee corresponded with Defendant TRICE, ordered more DVDs and paid for his second order by personal check. See Exhibit C, Declaration of Aaron Anderson at ¶ 4.

39.     On or about April 13, 2009, this same employee contacted Defendant TRICE and ordered three more DVDs from the Defendant. See Exhibit C, Declaration of Aaron Anderson at ¶ 5.

40.     Defendant TRICE provided these DVDs via US Mail to the employee.

41.    Defendant TRICE has illegally manufactured hundreds, if not thousands, of counterfeit DVDs of not less than 66 of the Plaintiff's works, each of which is independently registered with the United States Copyright Office.

42.    The titles of these works and their respective copyright registration numbers are attached to this Complaint as Exhibit B.

43.    Defendant TRICE knowingly shipped and/or caused to be shipped, not less than one counterfeit copy of each of the works listed in Exhibit B into the Southern District of California.

44.    Defendant TRICE knowingly and willfully created and/or caused to be created and/or knowingly and willfully sold counterfeit DVD copies of the Plaintiff's copyrighted works through direct sales via eBay and via the Internet.

45.    Neither Plaintiff nor any other person granted Defendant TRICE the right to manufacture and/or distribute copies of the Plaintiff's copyrighted works.

46.    At no time has Defendant TRICE obtained the right to manufacture and/or distribute counterfeit copies of the Plaintiff's copyrighted works.

47.    Although LMH takes steps to kept its materials out of the hands of minors, TRICE took no such protective steps, thus potentially circumventing LMH's strong "no minors" policy.

### FIRST CAUSE OF ACTION
### Copyright Infringement – 17 U.S.C. §§ 101 *Et. Seq.*
### (66 Counts)

48.    Plaintiff repeats and incorporates by reference each and every allegation set forth above in paragraphs 1 through 47, inclusive.

49.    Defendant TRICE has illegally manufactured and sold many counterfeit DVDs of not less than 66 of the Plaintiff's copyrighted works.

50.    The titles that Defendant TRICE illegally counterfeited and thus infringed upon are listed in Exhibit B.

7
COMPLAINT

51.    Plaintiff has registered the copyrights to each of these works, and copies of the copyright registrations are attached as Exhibit B.

52.    Plaintiff owns exclusive rights and privileges in and to the Copyrights.

53.    Plaintiff is the owner of all rights, title, and interest in the Copyrights at issue.

54.    Defendant TRICE's conduct infringes upon the Plaintiff's Copyrights.

55.    Defendant TRICE's actions constitute an intentional and/or willful infringement of the Plaintiff's copyrights.

56.    On information and belief, as a direct and proximate result of his conduct, Defendant TRICE has realized and continues to realize profits and other benefits rightfully belonging to the Plaintiff.

57.    Defendant TRICE has willfully engaged in, and is willfully engaging in, the acts complained of in this complaint with malice, fraudulent intent, and in conscious disregard for the Plaintiff's intellectual property rights and other legal rights.

58.    Plaintiff has been damaged by Defendant TRICE's conduct, continues to be damaged by such conduct, and has no adequate remedy at law to compensate the Plaintiff for all of the possible damages stemming from the Defendant's conduct.

59.    Plaintiff hereby reserves the right, pursuant to 17 U.S.C. § 504(c), to elect to recover statutory damages in an amount of not less than $750 and not more than $150,000 for each infringement, in lieu of seeking recovery of actual damages.

60.    As Defendant TRICE's infringement was intentional and/or willful, the Plaintiff is entitled to an award of statutory damages, exemplary damages, attorneys' fees, and the costs of suit.

///

///

///

///

## SECOND CAUSE OF ACTION
### Trademark Infringement 15 U.S.C. § 1125

61.    Plaintiff is the holder of the following federally registered trademarks: Corbin Fisher, Serial Number 78691008; Corbin Fisher's Amateur College Sex, Serial Number 78691030; Excelsior Media, Serial Number 3200827.

62.    Plaintiff's trademarks are inherently distinctive.

63.    The relevant market associates the Plaintiff's trademarks exclusively with the Plaintiff.

64.    Plaintiff includes its trademarks and logos on the packaging for its DVDs and in frames for the videos that it produces.  This identifies the works as those of the Plaintiff.

65.    Defendant TRICE includes the Plaintiff's logos and trademarks on his counterfeit goods, including in frames on the videos on the DVDs that Defendant TRICE produces and sells to the public, and each counterfeit DVD produced by Defendant TRICE bears one or more of the Plaintiff's trademarks.

66.    Plaintiff has made, and continues to make, substantial investments of resources in the production, marketing, and branding of its products sold and otherwise distributed under these trademarks.

67.    Plaintiff takes great care in creating the look and quality of the films sold under its mark, including the production values inherent in the films themselves, but also including the packaging of its DVDs and the materials provided to consumers with the Plaintiffs goods.

68.    Plaintiff exercises a great degree of control and oversight in the production and post-production stages of the creation and marketing of its products. This is to insure that all of the Plaintiffs productions retain their distinctive character and quality, so as to maintain the Plaintiff's reputation in the relevant marketplace.

See Exhibit D, Declaration of Mat Johnsonbaugh (hereinafter Johnsonbaugh dec.) ¶ 25.

69.     Plaintiff has, at all times relevant hereto, taken care to enforce its trademarks and to prevent third parties from infringing thereupon.

70.     Plaintiff has, at all times relevant hereto, exercised significant control over the technical quality of its goods and services, including but not limited to the Plaintiff's copyrighted works, as well as the packaging, duplication, manufacture, and distribution thereof, in order to maintain the overall quality of the goods bearing the Plaintiff's trademarks and to protect the value of the relevant trademarks.

71.     Defendant TRICE's unlawful sale of counterfeit DVDs bearing the Plaintiff's trademarks constitutes an intentional and unlawful use of the Plaintiff's trademarks.  This misuse constitutes a false designation of origin, and is likely to cause confusion in the marketplace as to the source or origin of the counterfeit DVDs; is likely to cause consumers to mistake the counterfeit DVDs for actual goods produced by the Plaintiff; and, is likely to deceive the public accordingly.

72.     Defendant TRICE's unlawful use of the Plaintiff's trademarks was made in connection with the Defendant's sale of goods that are in direct competition with the Plaintiff and such sales were made to customers who otherwise would have been customers of the Plaintiff.

73.     This misuse has caused the Plaintiff's customers, members of the relevant trade, and other end users to suffer confusion, mistake, and/or to be deceived as to the origin and authenticity of the counterfeit DVDs.

74.     Defendant TRICE's DVDs are not of the same quality as the Plaintiff's DVDs; for example:

          a.  The menu sequence in Defendant TRICE's DVDs is amateurish and poorly designed when compared to the DVDs that the Plaintiff sells under its trademark.  See Exhibit D, Johnsonbaugh dec. ¶ 46.

b. Defendant TRICE's DVDs do not give the user the option to choose languages in the soundtrack other than English, unlike the DVDs that the Plaintiff sells under its trademark, which allow the viewer to choose multiple languages. Exhibit D, Johnsonbaugh Dec. at ¶ 28 and ¶ 48.

c. The video quality of Defendant TRICE's DVDs is of markedly poorer quality than the video quality of the DVDs that the Plaintiff sells under its trademark. Exhibit D, Johnsonbaugh Dec. ¶ 44, ¶ 49, and ¶ 50.

d. The packaging of the DVDs is of poor quality. Exhibit D, Johnsonbaugh Dec. ¶ 41.

e. The DVDs give the impression that Corbin Fisher produced low-budget, low quality DVDs. Exhibit D, Johnsonbaugh Dec. ¶ 50.

75.     The above-noted quality deficiencies in the Defendant's products serves to diminish the Plaintiff's standing in the marketplace and violates the Plaintiff's right to control the quality of materials in the marketplace that bear the Plaintiff's trademarks.

76.     Defendant's conduct infringes upon the Plaintiff's Trademarks.

77.     On information and belief, as a direct and proximate result of his conduct, Defendant TRICE has realized and continues to realize profits and other benefits rightfully belonging to the Plaintiff.

78.     Defendant TRICE has willfully engaged in, and is willfully engaging in, the acts complained of in this complaint with malice, fraudulent intent, and in conscious disregard for the Plaintiff's intellectual property rights and other legal rights.

79.     The Plaintiff has suffered damages of an amount to be proven at trial, but no less than $49,500.00.

80.     Plaintiff has been damaged by the Defendant's conduct, continues to be damaged by such conduct, and has no adequate remedy at law to compensate the Plaintiff for all of the possible damages stemming from Defendant TRICE's conduct.

81.     As Defendant TRICE's conduct was an intentional act, using the Plaintiff's federally registered trademarks, and undertaken in order to unfairly compete with the Plaintiff's business, the Plaintiff is entitled to treble damages, attorney's fees, and costs of suit.

82.     Additionally, Defendant TRICE's brazen and willful conduct in this case rises to the level of it being an "exceptional case," thus independently entitling the Plaintiff to an award of its attorneys fees expended in order to bring this action.

## THIRD CAUSE OF ACTION
### Injunctive Relief

83.     Plaintiff repeats and incorporates by reference each and every allegation set forth above in paragraphs 1 through 76, inclusive.

84.     Defendant TRICE's acts of unfair competition, trademark infringement, and copyright infringement have caused Plaintiff to suffer severe and irreparable harm, for which there is no adequate remedy at law.

85.     Plaintiff is informed and believes, and on that basis alleges, that absent an order from this Court, Defendant TRICE will continue to operate his enterprise and will continue to cause the Plaintiff to suffer continuing damages for which there are no adequate remedies at law.

86.     Plaintiff is entitled to temporary, preliminary, and permanent injunctive relief to enjoin any further such acts on the part of the Defendant TRICE or any party or entity acting in consort with him.

///
///
///

## WHEREFORE; PLAINTIFF PRAYS

87.    That this court issue a Temporary Restraining Order enjoining the Defendant TRICE and his respective agents, employees, successors, assigns, and all other persons who may be acting in concert with him or them from:

    a. Destroying, secreting, shipping, or in any way transferring any DVD which appears to be a copy of any of the Plaintiff's copyrighted works, or any and all other DVD copies of works bearing the Plaintiff's trademarks, name, or logos; and,

    b. Erasing, deleting, altering, or destroying any documents, electronic files, business records, or any other records of any kind that pertain to the purchase, sale, copying, reproduction, duplication, dissemination, and/or distribution of any DVDs bearing the Plaintiff's copyrighted works or bearing the Plaintiff's trademarks; and,

    c. Copying, causing to be copied, purchasing and/or selling any additional counterfeit copies of the Plaintiff's intellectual property; and,

88.    That the Court issue a Preliminary Injunction in accordance with the Order requested above.

89.    That the Court issue a Permanent Injunction in accordance with the Order requested above.

90.    That the Defendant be required to pay Plaintiff's actual damages proximately resulting from the Defendant's acts, or statutory damages for each violation, as the Plaintiff may elect as a matter of right.

91.    That the Defendant be required to pay treble damages for his willful trademark infringement; and

92.    That Defendant accounts for:

a. All gains, profits, and advantages of any kind derived by him by his aforementioned and complained-of acts and business practices; and,

b. All gains, profits, and advantages derived by the infringement upon the Plaintiff's copyrights, or such damages as this Court shall deem proper within the provisions of the Copyright Act, up to $150,000 for each unlawful duplication and distribution of the Plaintiff's works, which was intentionally and unlawfully infringed upon by the Defendant; and,

93. For statutory and/or exemplary damages, as awarded by this Court; and,

94. That defendants be required to deliver up to be impounded during the pendency of this action:

a. All copies of the Plaintiff's works, in any format, in Defendant's possession or under his control,

b. All infringing copies and/or digital masters, plates, molds, equipment, computers, hard drives, DVD burners, and all other equipment and other matter for making such infringing copies and counterfeit goods; and,

95. That Defendant pays to the Plaintiff its reasonable attorneys' fees pursuant to 17 U.S.C. § 505 and 15 U.S.C. § 1117(a).

96. That Defendant pays the Plaintiff the costs of this action; and,

97. For any additional and further relief which this Court deems to be just and proper.

///
///
///
///
///
///

14
COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

2

Plaintiff hereby respectfully demands a jury trial as provided by Rule 38(a) of

3

the Federal Rules of Civil Procedure.

4

5

Dated: October 14, 2009

6

7

Respectfully Submitted,

8

9

10

Robert A. DePiano
Attorney for Plaintiff,
Liberty Media Holdings, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **TABLE OF CONTENTS OF EXHIBITS**

Exhibit A……………………………………………………………..…LMH-001

Exhibit B……………………………………………………………….LMH-003

Exhibit C……………………………………………………………….LMH-064

Exhibit D……………………………………………………………….LMH-086

**EXHIBIT A**

EXHIBIT A

**ebaY**

Hi, fixed-gear-iron! (Sign out)

Buy  Sell  My eBay  Community  Help

Site Map

All Categories    ( Search )    Advanced Search

eBay Security &
Resolution Center

Categories ▾  Motors  Stores  Daily Deal

Home > Community > Feedback Forum > Feedback Profile

# Feedback Profile



**adt4229 ( 88 ⭐ )**

**Positive Feedback (last 12 months): 100%**  [How is Feedback Percentage calculated?]

Member since: Oct-18-03 in United States

| Recent Feedback Ratings | (last 12 months) | | | Detailed Seller Ratings | (last 12 months) | | Member Quick Links |
|---|---|---|---|---|---|---|---|
| | 1 month | 6 months | 12 months | Criteria | Average rating | Number of ratings | Contact member |
| Positive | 1 | 13 | 20 | Item as described | ⭐⭐⭐⭐⭐ | 17 | View items for sale |
| Neutral | 0 | 0 | 0 | Communication | ⭐⭐⭐⭐⭐ | 17 | View more options ▾ |
| Negative | 0 | 0 | 0 | Shipping time | ⭐⭐⭐⭐⭐ | 17 | |
| | | | | Shipping and handling charges | ⭐⭐⭐⭐½ | 17 | |

**Feedback as a seller**  **Feedback as a buyer**  **All Feedback**  **Feedback left for others**

91 Feedback received (viewing 1-25)

Revised Feedback: 0

| Feedback | From / Price | Date / Time |
|---|---|---|
| Excellent transaction and a real quality product. An A++++ eBay seller! Thanks.<br>-- | Buyer: jarhead619 ( 144 ⭐ )<br>-- | Jul-23-09 05:56<br>Private |
| Great Job! Will do business again!<br>-- | Buyer: nvlystd ( 455 ⭐ )<br>-- | Jun-18-09 16:38<br>Private |
| Fast service. Excellent communication.<br>-- | Buyer: bradymac2222 ( 10 ☆ )<br>-- | Jun-15-09 13:18<br>Private |
| Arrived in excellent time. Seller was a pleasure to deal with. Five stars.<br>-- | Buyer: macballard ( 242 ⭐ )<br>-- | Jun-14-09 04:54<br>Private |
| Great transaction. Thanks.<br>-- | Buyer: strangehero ( 147 ⭐ )<br>-- | Jun-08-09 21:48<br>Private |
| arrived quickly in good shape, thank you - Bob<br>-- | Buyer: rsr1957 ( 243 ⭐ )<br>-- | May-17-09 10:31<br>Private |
| A+ seller, excellent communication, perfect packaging, a class act<br>-- | Buyer: schmoozer411 ( 72 ⭐ )<br>-- | May-10-09 09:51<br>Private |

LMH-001
Exhibit A

ⓘ  Detailed item information is not available for the following items because the Feedback is over 90 days old.

| | | | |
|---|---|---|---|
| ⊕ | excellent product..would do business with again | Buyer: e-man3700 ( 315 ★ ) | Apr-21-09 11:19 |
| | -- | -- | Private |
| ⊕ | AMAZING! Don't Hesitate To Order From This Seller. Perfect In Every Way. Thanks. | Buyer: streetsmart ( 841 ☆ ) | Mar-29-09 15:09 |
| | -- | -- | Private |
| ⊕ | Arrived quickly in good shape, thank you - Bob | Buyer: rsr1957 ( 243 ★ ) | Mar-14-09 07:55 |
| | -- | -- | Private |
| ⊕ | arrived quickly in good shape, thank you - Bob | Buyer: rsr1957 ( 243 ★ ) | Mar-14-09 07:53 |
| | -- | -- | Private |
| ⊕ | Definitely a great seller! Exactly as described! Fantastic communication!A+++++ | Buyer: gcursor2002 ( 82 ★ ) | Mar-12-09 19:15 |
| | -- | -- | Private |
| ⊕ | EXCELLENT Ebayer, Highly Recomended, Excellent Quality! A+++++ | Buyer: eltinge1918 ( 146 ★ ) | Feb-17-09 17:24 |
| | -- | -- | Private |
| ⊕ | Excellent seller! Highly recommend. Good product. | Buyer: skellington1355 ( 36 ☆ ) | Feb-07-09 21:24 |
| | -- | -- | Private |
| ⊕ | Excellent service and product. Great seller to deal with | Buyer: skellington1355 ( 36 ☆ ) | Jan-27-09 14:11 |
| | -- | -- | Private |
| ⊕ | Great eBay seller!. Good communication! Quick shipping! 100% as described! | Buyer: kauakeacolon ( 59 ★ ) | Jan-24-09 20:22 |
| | -- | -- | Private |
| ⊕ | Very good communication, fast delivery and great product! Awesome!! | Buyer: sifljem ( 51 ★ ) | Jan-23-09 18:54 |
| | -- | -- | Private |
| ⊕ | Good, fast service. Highly recommended. | Buyer: mandyswans ( 239 ★ ) | Dec-25-08 12:09 |
| | -- | -- | Private |
| ⊕ | Outstanding email communication, prompt international delivery. A rare find. | Buyer: humed1 ( 27 ☆ ) | Dec-17-08 20:42 |
| | -- | -- | Private |
| ⊕ | Absolutely THE BEST communication, service & product!! HIGHEST RATING AAAA++++!! | Buyer: prodougie ( 2193 ★ ) | Dec-15-08 07:51 |
| | • **Follow-up** by prodougie (Dec-19-08 14:32):<br>Have purchased add'l items from this seller-- absolutely THE BEST in all ways!!! | | |
| | -- | -- | Private |
| ⊕ | Thanks | Seller: kimbralea1 ( 162 ★ ) | Jul-05-07 11:23 |
| | -- (#340283224872) | -- | |
| ⊕ | GREAT EBAYER, AND TRANSACTION: Fast payment. Thanks for choosing Bpak. | Seller: bpak ( 13661 ☆ ) | Oct-17-06 10:14 |
| | -- (#320038098245) | -- | |
| ⊕ | Exactly as described! A++++, Super Fast Shipment | Buyer: bree702 ( 40 ☆ ) | Mar-05-06 17:35 |
| | -- (#6845414166) | -- | |

LMH-002
Exhibit A

EXHIBIT B

Batch 1 consists of the following LMH works:

1. Connor, ACM0475
2. Blowing Connor ACM0512,
3. Derek and Trevor's Flip Flop ACM0499,
4. Logan's Tag Team ACM0453,
5. Fucking Noah ACM0603,
6. Noah's First Time Part 1 ACM0575,
7. Noah's First Time Part 2 ACM0576,
8. Strip Poker Part 1 ACM0615,
9. Strip Poker Part 2 ACM0616,
10. Strip Poker Part 3 ACM0617,
11. TJ Fucks Gage ACM0554,
12. TJ Fucks Jeff ACM0503,
13. Fucking Todd ACM0620,
14. Travis Fucks Jared ACM0515,
15. Fucking Travis ACM0497,
16. Tagging Travis II ACM0609,
17. Trent Fucks Noah ACM0637,
18. Trevor Fucks Joel ACM0551,
19. Will Fucks Derek ACM0521,
20. Zeke ACM0618,
21. Zeke Fucks Travis ACM0644.

Batch 2 consists of the following LMH works:

22. Fucking Austin Part 1 ACM0563,
23. Fucking Austin Part 2 ACM0564,
24. Austin's First Time ACM0553,
25. Cade Fucks Dante ACM0559,

26. Cade Fucks TJ ACM0511,

27. Connor Fucks Derek ACM0539,

28. Connor's First Time ACM0531,

29. Fucking Connor ACM0545,

30. Connor Fucks Noah ACM0656,

31. Dante Fucks Lucas ACM0535,

32. Dawson Fucks Jeff ACM0547,

33. Dawson Fucks Travis ACM0509,

34. Derek Fucks Jeff ACM0552,

35. Gage Fucks TJ Part 1 ACM0585,

36. Gage Fucks TJ Part 2 ACM0586,

37. Gage Fucks TJ Part 3 ACM0587,

38. Heath Fucks Jared, ACM0527

39. Fucking Ian ACM0525,

40. Owning Ian ACM0651,

41. Jared's Tag Team ACM0569,

42. Kip and Dawson Unscripted ACM0526,

43. Lucas Fucks Austin ACM0579,

44. Lucas Fucks Dylan ACM0529,

45. Lucas Fucks Travis, ACM0529.


Batch 3 consists of the following LMH works:

46. Alex Fucks Brent ACM0653,

47. Fucking Cole Part 1 ACM0647,

48. Fucking Cole Part 2 ACM0648,

49. Elijah's First Time ACM0657,

50. Hayden's First Time ACM0638,

51. Fucking Zeke: application filed, case no. 1-177491791,

Batch 4 consists of the following LMH works:

52. Brett ACM0645,

53. Cade Fucks Connor ACM0650,

54. Cade Fucks Todd ACM0634,

55. Fucking Darin ACM0635,

56. Joel Fucks Aaron ACM0643,

57. Josh ACM0680,

58. Josh's First Time ACM0663,

59. Fucking Hayden, ACM0654.

Batch 5 consists of the following LMH works:

60. Cole's First Time: application filed, case no. 1-155659001,

61. Connor Fucks Noah ACM0656,

62. Joel Fucks Austin: application filed, case no. 1-154919721,

63. Noah Fucks Derek ACM0662,

64. Trey's First Time ACM0641,

65. Ty ACM0661,

66. Zeke's First Time, ACM062964.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-616-425

**Effective date of registration:**

December 8, 2008

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Connor

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 13, 2007   **Nation of 1st Publication:** United States

## Author

■ **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 841, San Diego, CA 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com   **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** December 5, 2008

LMH-006
Exhibit B

Page 1 of 1



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-614-104**

**Effective date of registration:**

November 10, 2008

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Blowing Connor

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** March 18, 2008   **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq.

**Email:** mrandazza@firstamendment.com   **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** November 7, 2008

LMH-007
Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-614-919

**Effective date of registration:**

November 17, 2008

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Derek & Trevor's Flip Flop

## Completion / Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 31, 2008          **Nation of 1st Publication:** United States

## Author

■          **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions
302 Washington Street, STE 101, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston,Garrou,Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com          **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714, United States

## Certification

**Name:** Jason Gibson

**Date:** November 17, 2008

LMH-008
Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-616-740

**Effective date of
registration:**

December 19, 2008

## Title ——————————————————————

**Title of Work:** Corbin Fisher's Amateur College Men Presents Logan's Tag Team

## Completion / Publication ———————————————

**Year of Completion:** 2007

**Date of 1st Publication:** August 31, 2007     **Nation of 1st Publication:** United States

## Author ——————————————————————

**Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant ————————————————

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions ————————————————

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com     **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification ——————————————————————

**Name:** Jason Gibson

**Date:** December 19, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-615-811

**Effective date of registration:**

December 2, 2008

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Fucking Noah

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** November 27, 2008    **Nation of 1st Publication:** United States

## Author

■ **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston,Garrou,Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com    **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714  United States

## Certification

**Name:** Jason Gibson

**Date:** November 27, 2008

LMH-010
Exhibit B



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-614-252**

**Effective date of registration:**

October 9, 2008

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Noahs First Time

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** October 2, 2008    **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington St, STE 161, San Diego, CA, 92103

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq.

**Email:** mrandazza@firstamendment.com    **Telephone:** 407-975-9150

**Address:** 781 Douglas Avenue

Altamonte Springs, FL 32714, United States

## Certification

**Name:** Jason Gibson

**Date:** October 2, 2008

LMH-011
Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-620-380

**Effective date of
registration:**

January 6, 2009

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Strip Poker, Part 1, et al.

**Contents Titles:** Corbin Fisher's Amateur College Men Presents Strip Poker, Part 1

Corbin Fisher's Amateur College Men Presents Strip Poker, Part 2

Corbin Fisher's Amateur College Men Presents Strip Poker, Part 3

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** December 25, 2008    **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston,Garrou,Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com    **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

LMH-012
Exhibit B

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-610-993**

**Effective date of
registration:**

October 13, 2008

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents TJ Fucks Gage

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** August 12, 2008     **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

    **Author Created:** entire motion picture

    **Work made for hire:** Yes

    **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com     **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave.

Altamonte Springs, FL 92103, United States

## Certification

**Name:** Jason Gibson

**Date:** October 13, 2008

LMH-013
Exhibit B

Page 1 of 1



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-614-367**

**Effective date of
registration:**

November 13, 2008

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents TJ Fucks Jeff

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** February 14, 2008      **Nation of 1st Publication:** United States

## Author

**Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com      **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** November 13, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-620-200

**Effective date of registration:**

January 6, 2009

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Fucking Todd

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** January 1, 2009   **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 151, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston,Garrou,Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com   **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** January 2, 2009

LMH-015
Exhibit B

Page 1 of 1



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-613-672**

**Effective date of
registration:**

November 6, 2008

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Travis Fucks Jared

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** March 27, 2008    **Nation of 1st Publication:** United States

## Author

**Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com    **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** November 6, 2008

LMH-016
Exhibit B

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-632-686

**Effective date of registration:**

November 18, 2008

---

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Fucking Travis

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 24, 2008 **Nation of 1st Publication:** United States

## Author

**Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** November 18, 2008

**Applicant's Tracking Number:** ACM0497

LMH-017
Exhibit B

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-620-262

**Effective date of
registration:**

December 16, 2008

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Tagging Travis II

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** December 11, 2008      **Nation of 1st Publication:** United States

## Author

■      **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston,Garrou,Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com      **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714  United States

## Certification

**Name:** Jason Gibson

**Date:** December 11, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-626-047**

**Effective date of registration:**

March 24, 2009

## Title

**Title of Work:** Corbin Fisher Amateur College Men Trent Fucks Noah

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** February 10, 2009    **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

    **Author Created:** entire motion picture

    **Work made for hire:** Yes

    **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com    **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714  United States

## Certification

**Name:** Jason Gibson

**Date:** February 10, 2009

**Applicant's Tracking Number:** ACM0637



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-611-458

**Effective date of registration:**

October 14, 2008

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Trevor Fucks Joel

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 31, 2008     **Nation of 1st Publication:** United States

## Author

■ **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com     **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** October 14, 2008

Page 1 of 1

LMH-020
Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## PA 1-612-300

Effective date of
registration:

November 12, 2008

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Will Fucks Derek

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** April 17, 2008      **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

    **Author Created:** entire motion picture

    **Work made for hire:** Yes

    **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston,Garrou,Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com      **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714  United States

## Certification

**Name:** Jason Gibson

**Date:** November 3, 2008

LMH-021
Exhibit B

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-617-247

**Effective date of registration:**

December 29, 2008

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Zeke

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** December 29, 2008   **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

   **Author Created:** entire motion picture

   **Work made for hire:** Yes

   **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com   **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714, United States

## Certification

**Name:** Jason Gibson

**Date:** December 29, 2008

Page 1 of 1

LMH-022
Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-626-199**

**Effective date of
registration:**

March 24, 2009

## Title

**Title of Work:** Corbin Fisher Amateur College Men Zeke Fucks Travis

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** February 26, 2009     **Nation of 1st Publication:** United States

## Author

■     **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA. 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com     **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714  United States

## Certification

**Name:** Jason Gibson

**Date:** February 26, 2009

**Applicant's Tracking Number:** ACM0644

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-614-304

**Effective date of
registration:**

October 14, 2008

## Title ─────────────────────────────

**Title of Work:** Corbin Fisher's Amateur College Men Presents Fucking Austin

## Completion/Publication ────────────

**Year of Completion:** 2008

**Date of 1st Publication:** September 4, 2008     **Nation of 1st Publication:** United States

## Author ────────────────────────────

■          **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant ─────────────────

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

402 Washington Street STE 101, San Diego, CA 92103, United States

## Rights and Permissions ─────────────

**Organization Name:** Weston,Garrou,Walters & Mooney

**Name:** Marc J. Randazza, Esq.

**Email:** mrandazza@firstamendment.com          **Telephone:** 407-975-9150

**Address:** 781 Douglas Avenue

Altamonte Springs, CA 92103 United States

## Certification ──────────────────────

**Name:** Jason Gibson

**Date:** October 7, 2008

LMH-024
Exhibit B

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-610-991

**Effective date of registration:**

October 13, 2008

---

## Title
**Title of Work:** Corbin Fisher's Amateur College Men Presents Austin's First Time

## Completion/Publication
**Year of Completion:** 2008
**Date of 1st Publication:** August 7, 2008      **Nation of 1st Publication:** United States

## Author
- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions
**Organization Name:** Weston,garrou,Walters & Mooney
**Name:** Marc J. Randazza, Esq.
**Email:** mrandazza@firstamendment.com      **Telephone:** 407-975-9150
**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714, United States

## Certification
**Name:** Jason Gibson
**Date:** October 13, 2008

---

LMH-025
Exhibit B

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-610-887

**Effective date of registration:**

October 9, 2008

## Title
**Title of Work:** Corbin Fisher's Amateur College Men Presents Cade Fucks Dante

## Completion/ Publication
**Year of Completion:** 2008
**Date of 1st Publication:** August 26, 2008    **Nation of 1st Publication:** United States

## Author
- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions
**Organization Name:** Weston, Garrou, Walters & Mooney
**Name:** Marc J. Randazza, Esq.
**Email:** mrandazza@firstamendment.com    **Telephone:** 407-975-9150
**Address:** 781 Douglas Ave
Altamonte Springs, FL 32714 United States

## Certification
**Name:** Jason Gibson
**Date:** October 9, 2008

Page 1 of 1

LMH-026
Exhibit B



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-614-103**

**Effective date of registration:**

November 10, 2008

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Cade Fucks TJ

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** March 13, 2008    **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC dba Excelsior Productions
302 Washington Street, STE 161, San Diego, CA 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney
**Name:** Marc J. Randazza, Esq
**Email:** mrandazza@firstamendment.com    **Telephone:** 407-975-9150
**Address:** 781 Douglas Ave
Altamonte Springs, FL 32714, United States

## Certification

**Name:** Jason Gibson
**Date:** November 10, 2008

LMH-027
Exhibit B

Page 1 of 1



IPN#

**Registration #:** PA0001614103

**Service Request #:** 1-132250695

Liberty Media Holdings, LLC
302 Washington Street
STE 321
San Diego, CA 92103 United States

LMH-028
Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-612-291**

**Effective date of registration:**

October 29, 2008

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Connor Fucks Derek

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 19, 2008     **Nation of 1st Publication:** United States

## Author

■  **Author:** Liberty Media Holdings, LLC, dba' Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com     **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714  United States

## Certification

**Name:** Jason Gibson

**Date:** October 22, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## PA 1-612-479

Effective date of registration:

October 28, 2008

---

### Title
Title of Work: Corbin Fisher's Amateur College Men Presents Connor's First Time

### Completion / Publication
Year of Completion: 2008
Date of 1st Publication: May 22, 2008        Nation of 1st Publication: United States

### Author
■ Author: Liberty Media Holdings, LLC, dba, Excelsior Productions
Author Created: entire motion picture

Work made for hire: Yes
Citizen of: United States

### Copyright claimant
Copyright Claimant: Liberty Media Holdings, LLC, dba Excelsior Productions

Copyright Claimant: Liberty Media Holdings, LLC dba Excelsior Productions
302 Washington Street, STE 161, San Diego, CA, 92103, United States

### Rights and Permissions
Organization Name: Weston,Garrou, Walters & Mooney
Name: Marc J. Randazza, Esq
Email: mrandazza@firstamendment.com        Telephone: 407-975-9150
Address: 781 Douglas Ave
Altamonte Springs, FL 32714 United States

### Certification
Name: Jason Gibson
Date: October 28, 2008

Page 1 of 2

LMH-030
Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-622-273**

**Effective date of
registration:**

March 24, 2009

## Title

**Title of Work:** Corbin Fisher Amateur College Men Connor Fucks Noah

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** March 24, 2009      **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston,Garrou,Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com      **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** March 24, 2009

**Applicant's Tracking Number:** ACM0656

LMH-030
Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-612-439**

**Effective date of registration:**

October 29, 2008

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Dante Fucks Lucas

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** June 5, 2008          **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions
- **Author Created:** entire motion picture

**Work made for hire:** Yes
**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 161, San Diego, CA 92103, United States

## Rights and Permissions

**Organization Name:** Weston Garrou, Walters & Mooney
**Name:** Marc J. Randazza, Esq.
**Email:** mrandazza@firstamendment.com          **Telephone:** 407-975-9150
**Address:** 781 Douglas Ave.
Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson
**Date:** October 24, 2008

Page 1 of 1

LMH-031
Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-611-864

**Effective date of registration:**

October 17, 2008

## Title
**Title of Work:** Corbin Fisher's Amateur College Men Presents Dawson Fucks Jeff

## Completion/ Publication
**Year of Completion:** 2008
**Date of 1st Publication:** July 17, 2008     **Nation of 1st Publication:** United States

## Author
- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions
**Organization Name:** Weston, Garrou, Walters & Mooney
**Name:** Marc J. Randazza, Esq
**Email:** mrandazza@firstamendment.com     **Telephone:** 407-975-9150
**Address:** 781 Douglas Ave
Altamonte Springs, FL 32714 United States

## Certification
**Name:** Jason Gibson
**Date:** October 17, 2008

LMH-032
Exhibit B



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-614-102

**Effective date of
registration:**

November 10, 2008

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Dawson Fucks Travis

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** March 6, 2008          **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com          **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714, United States

## Certification

**Name:** Jason Gibson

**Date:** November 10, 2008


TPN#:

Registration #:  PA0001614102

Service Request #:  1-13251978

Liberty Media Holdings, LLC
302 Washington Street
STE 321
San Diego, CA 92103 United States