AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>09cv2284-W-POR | DATE FILED<br>10/14/09 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA  92101-8900 |

| PLAINTIFF<br>Liberty Media Holdings, LLC | DEFENDANT<br>David Trice, et al |
|---|---|

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 SEE ATTACHED | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case,a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order      ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights  Copy 2 - Upon filing of document adding copyrights, mail this copy to Register of Copyrights

Copy 3 - Upon termination of action, mail this copy to Register of Copyrights Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal

Copy 5 - Case file copy

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| PA 1-616-425 | Corbin Fisher's Amateur College Men Presents Connor | Liberty Media Holdings, LLC dba Excelsior Productions |
| PA 1-614-104 | Corbin Fisher's Amateur College Men Presents Blowing Connor | |
| PA 1-614-919 | Corbin Fisher's Amateur College Men Presents Derek & Trevor's Flip Flop | |
| PA 1-616-740 | Corbin Fisher's Amateur College Men Presents Logan's Tag Team | |
| PA 1-615-811 | Corbin Fisher's Amateur College Men Presents Fucking Noah | |
| PA 1-614-252 | Corbin Fisher's Amateur College Men Presents Noahs First Time | |
| PA 1-620-380 | Corbin Fisher's Amateur College Men Presents Strip Poker, Part 1, et al | |
| PA 1-610-993 | Corbin Fisher's Amateur College Men Presents TJ Fucks Gage | |
| PA 1-614-367 | Corbin Fisher's Amateur College Men Presents TJ Fucks Jeff | |
| PA 1-620-200 | Corbin Fisher's Amateur College Men Presents Fucking Todd | |
| PA 1-613-672 | Corbin Fisher's Amateur College Men Presents Travis Fucks Jared | |
| PA 1-632-686 | Corbin Fisher's Amateur College Men Presents Fucking Travis | |
| PA 1-620-262 | Corbin Fisher's Amateur College Men Presents Tagging Travis II | |
| PA 1-626-047 | Corbin Fisher Amateur College Men Trent Fucks Noah | |
| PA 1-611-458 | Corbin Fisher's Amateur College Men Presents Trevor Fucks Joel | |
| PA 1-612-300 | Corbin Fisher's Amateur College Men Presents Will Fucks Derek | |

| | | |
|---|---|---|
| PA 1-617-247 | Corbin Fisher's Amateur College Men Presents Zeke | |
| PA 1-626-199 | Corbin Fisher Amateur College Men Zeke Fucks Travis | |
| PA 1-614-304 | Corbin Fisher's Amateur College Men Presents Fucking Austin | |
| PA 1-610-991 | Corbin Fisher's Amateur College Men Presents Austin's First Time | |
| PA 1-610-887 | Corbin Fisher's Amateur College Men Presents Cade Fucks Dante | |
| PA 1-614-103 | Corbin Fisher's Amateur College Men Presents Cade Fucks TJ | |
| PA 1-612-291 | Corbin Fisher's Amateur College Men Presents Connor Fucks Derek | |
| PA 1-612-479 | Corbin Fisher's Amateur College Men Presents Connor's First Time | |
| PA 1-622-273 | Corbin Fisher Amateur College Men Connor Fucks Noah | |
| PA 1-612-439 | Corbin Fisher's Amateur College Men Presents Dante Fucks Lucas | |
| PA 1-611-864 | Corbin Fisher's Amateur College Men Presents Dawson Fucks Jeff | |
| PA 1-614-102 | Corbin Fisher's Amateur College Men Presents Dawson Fucks Travis | |
| PA 1-611-381 | Corbin Fisher's Amateur College Men Presents Derek Fucks Jeff | |
| PA 1-612-297 | Corbin Fisher's Amateur College men Presents Joel Fucks Lucas | |
| PA 1-612-296 | Corbin Fisher's Amateur College Men Presents Gage Fucks TJ | |
| PA 1-612-883 | Corbin Fisher's Amateur College Men Presents Heath Fucks Jared | |
| PA 1-612-850 | Corbin Fisher's Amateur College Men Presents Fucking Ian | |

| | | |
|---|---|---|
| PA 1-621-820 | Corbin Fisher Amateur College Men Fucking Ian 2 | |
| PA 1-610-777 | Corbin Fisher's Amateur College Men Presents Jared's Tag Team | |
| PA 1-612-880 | Corbin Fisher's Amateur College Men Presents Kip & Dawson Unscripted | |
| PA 1-610-832 | Corbin Fisher's Amateur College Men Presents Lucas Fucks Austin | |
| PA 1-612-886 | Corbin Fisher's Amateur College Men Presents Lucas Fucks Travis | |
| PA 1-622-277 | Corbin Fisher Amateur College Men Alex Fucks Brent | |
| PA 1-626-140 | Corbin Fisher Amateur College Men Fucking Cole pt 1 Corbin Fisher Amateur College Men Fucking Cole pt 2 | |
| PA 1-627-805 | Corbin Fisher Amateur College Men Elijah's First Time | |
| PA 1-618-570 | Corbin Fisher Amateur College Men Hayden's First Time | |
| PA 1-625-126 | Corbin Fisher Amateur College Men Brett | |
| PA 1-626-053 | Corbin Fisher Amateur College Men Cade Fucks Connor | |
| PA 1-623-213 | Corbin Fisher's Amateur College Men Presents Cade Fucks Todd | |
| PA 1-623-214 | Corbin Fisher's Amateur College Men Presents Fucking Darin | |
| PA 1-619-519 | Corbin Fisher Amateur College Men Joel Fucks Aaron | |
| PA 1-637-313 | Corbin Fisher Amateur College Men Fucking Josh Corbin Fisher Amateur College Men Fucking Josh pt 1 Corbin Fisher Amateur College Men Fucking Josh pt 2 | |

| PA 1-624-404 | Corbin Fisher Amateur College Men Josh's First Time | |
| PA 1-626-059 | Corbin Fisher Amateur College Men Fucking Hayden | |
| PA 1-622-273 | Corbin Fisher Amateur College Men Connor Fucks Noah | |
| PA 1-624-410 | Corbin Fisher Amateur College Men Noah Fucks Derek | |
| PA 1-619-341 | Corbin Fisher Amateur College Men Trey's First Time | |
| PA 1-623-791 | Corbin Fisher Amateur College Men Ty | |
| PA 1-621-945 | Corbin Fisher's Amateur College Men Presents Zeke's First Time | |
| PA 1-612-883 | Corbin Fisher's Amateur College Men Presents Heath Fucks Jared | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |