# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2009 DEC -4 PM 2:19
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Liberty Media Holdings, LLC

vs

David Trice, Eric Brown, John Doe 2, and Does 3-50

First Amended
SUMMONS IN A CIVIL ACTION

Case No. 09-CV2284-W-POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert A. DePiano
187 Calle Magdalena, Suite 114
Encinitas, CA 92024

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

DEC 0 4 2009
DATE

By J. ROCHA, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)