# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

FILED
09 DEC 23 PM 1:53

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    Whelan
FROM: K. Hammerly, Deputy Clerk    RECEIVED DATE: 12/21/09
CASE NO.: 09cv2284    DOCUMENT FILED BY: Deft Trice
CASE TITLE: Liberty Media Holdings, LLC v. Trice, et al
DOCUMENT ENTITLED: letter to judge

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: ex parte communication prohibited; missing proof of service |

MUST BE FILED IN THE FORM OF A MOTION AND BE SERVED ON OPPOSING COUNSEL - OTHERWISE IMPROPER EX PARTE COMMUNICATION WITH JUDGE WHELAN

Date forwarded: 12/21/09

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

THOMAS J. WHELAN
CHAMBERS OF: Judge Whelan

Dated: 12/23/09    By: LAW CLERK
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

1  David Trice
2  PO Box 700882
3  Dallas, TX  75370
4  214.392.2525
5  Dtrice.tx@gmail.com
6
7  Defendant
8
9
10  UNITED STATES DISTRICT COURT
11  SOUTHERN DISTRICT OF CALIFORNIA
12
13  CASE NO  09CV2284W  POR  (LIBERTY MEDIA HOLDINGS LLC v DAVID
14  TRICE)
15
16
17  Request for Extension
18
19  Dear Honorable Judge:
20  May I please request an extension of the time in which I must file an answer to your
21  Court?  Please excuse my crude communication, but as of yet, I have been unable to
22  engage counsel.
23
24  My difficulty lies in the surprise nature of the suit, and the fact that I am an individual,
25  and have never had reason to retain counsel before.  I am continuing to search for an
26  appropriate representative.
27
28  Additionally, I believe once the holiday season is over, the various attorneys may have
29  more time to meet with me.  I understand that I have had almost 60 days, unfortunately
30  due to the newness of the situation, I have not been able to move very fast.
31
32  I humbly request an extension until at least January 31, 2010; but I would appreciate
33  whatever time you may provide.
34
35  Dated: December 17, 2009
36
37  Respectfully submitted,
38  *[signature: David Trice]*
39
40  David Trice
41  Defendant
42
43