Robert A. DePiano
State Bar Number 89341
187 Calle Magdalena, Suite 114
Encinitas, CA 92024
(760) 632-2636
(760) 632-2682 fax
depianolaw@roadrunner.com

Attorney for Plaintiff,
Liberty Media Holdings, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC <br><br> Plaintiff, <br><br> vs. <br><br> DAVID TRICE, ERIC BROWN, JOHN DOE 2, and DOES 3-50 <br><br> Defendants | Case No. 09-CV2284-W-POR <br><br> **NOTICE OF MOTION AND MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT ERIC BROWN** |

NOW COMES Plaintiff Liberty Media Holdings, LLC (LMH), by its attorney, Robert DePiano, and respectfully requests this Court to enter a default, pursuant to Fed. R. Civ. Proc., Rule 55(a), against Defendant Eric Brown (Brown). In support of its Motion, Plaintiff states as follows:

1. On October 9, 2009, Plaintiff filed a Complaint for copyright and trademark infringement, and subsequently filed an Amended Complaint on December 4, 2009, adding Eric Brown as a defendant. See Declaration of Robert DePiano (DePiano Decl.) ¶ 3.

2. On December 8, 2009, Defendant Brown was personally served with the Amended Complaint. See Court's Document 8.

3. Based on the service date of December 8, 2009, Defendant Brown was required to plead or otherwise defend in response to the Amended Complaint on or before December 29, 2009. DePiano Decl. ¶ 5.

4. Defendant Brown has failed to appear, answer or otherwise defend in the time allowed by law and is therefore in default. DePiano Decl. ¶ 6.

5. Notice of Plaintiff's intent to seek entry of default was sent to Defendant Brown on December 28, 2009. See DePiano Decl. ¶ 7.

WHEREFORE, Plaintiff LMH respectfully requests an Entry of Clerk's Default by the Clerk of this Court.

Dated: January 6, 2009

                                                Respectfully Submitted,

                                                s/ Robert A. DePiano

Robert A. DePiano
Attorney for Plaintiff,
Liberty Media Holdings, LLC

2
REQUEST FOR ENTRY OF CLERK'S DEFAULT

**CERTIFICATE OF SERVICE**

The undersigned does certify that on this 7th day of January 2010, he did file the foregoing document using the CM/ECF system, and has sent copies of all the documents via U.S. Mail and email to defendants.

s/ Robert A. DePiano
Robert A. DePiano
Attorney for Plaintiff,
Liberty Media Holdings, LLC