2010 JAN 29 AM 11: 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>DAVID TRICE, ERIC BROWN, JOHN DOE 2, and DOES 3-50<br><br>Defendants | Case No. 09-CV2284-W-POR<br><br>CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE |

Plaintiff, Liberty Media Holdings (LMH), and Defendant David Trice (Trice), in accordance with the provisions of 28 U.S.C. 636(c) and Fed. R. Civ. P. Rule 73, hereby voluntarily consent to have United States Judge Louisa Porter enforce the terms of the Consent Judgment for a period of ten (10) years from the date of entry of this document.

Dated: January 27, 2010

s/ Robert A. Depiano
Robert A. DePiano
Attorney for Plaintiff,
Liberty Media Holdings

Dated: January 28, 2010

David Trice,
Defendant

1
CONSENT TO JURISDICTION

IT IS HEREBY ORDERED that this case be referred to the Honorable Louisa S. Porter, United States Magistrate Judge, for the proceedings as stated, in accordance with 28 U.S.C. 636(c), FRCP 73 and the foregoing consent of the parties.

Signed this 28th day of JANUARY, 2010.

_____
United States District Court Judge