# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Liberty Media Holdings, LLC,
               Plaintiff(s)

        V.                       **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

Eric Brown,
               Defendant(s)         **CASE NUMBER:**      08cv2284 POR

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff in the amount of $1,700,500. Eric Brown is PERMANENTLY ENJOINED from printing, reproducing, distributing, or otherwise making available any material that infringes the plaintiff's copyright or any derivation thereof, or which by imitation or other similarity to those of the copyright are likely to cause confusion, mistake, dilution, or deception as to affiliation of services between defendants and plaintiff. Plaintiff is awarded $7,188.00 in attorneys' fees.

| May 28, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/C. Puttmann

Deputy Clerk
ENTERED ON May 28, 2010

08cv2284 POR